IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH NELUMS,

    Plaintiff,

v.                                                    No. 2:22-cv-80 CG/KRS

SHIP SMART LLC (an Ohio Company) d/b/a JETPACK,
and VITALINA LLC d/b/a TRUE KETO,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on its Order to Show Cause, (Doc. 11), entered June 2, 2022. The Court ordered Plaintiff to show cause by June 10, 2022 why this case should not be dismissed as to Defendant Vitalina LLC for failure to prosecute. On June 10, 2022, Plaintiff filed Rule 41 Notice of Dismissal of his claims against Defendant Vitalina. (Doc. 12). Also on June 10, 2022, Plaintiff filed a Response to the Order to Show Cause, documenting Plaintiff's counsel's efforts to serve Defendant Vitalina and stating that dismissal of Defendant Vitalina is proper. (Doc. 13). In light of these filings, the Court is satisfied that Plaintiff has complied with the Court's Order to Show Cause, and the Order to Show Cause, (Doc. 11), is hereby QUASHED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE