IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH NELUMS,

    Plaintiff,

v.                                                           No. 2:22-cv-80 CG/KRS

SHIP SMART LLC (an Ohio Company) d/b/a JETPACK,
and VITALINA LLC d/b/a TRUE KETO, and Jane Does 1-10,

    Defendants.

## ORDER TO NOTIFY COURT REGARDING STATUS OF CASE

**THIS MATTER** comes before the Court upon review of the record. Plaintiff filed claims against: (1) Ship Smart LLC, which "does business under the registered assumed or fictitious name 'Jetpack'"; (2) Vitalina LLC, which "does business under the assumed or fictitious name 'True Keto' or 'True Keto 1800'"; and (3) Jane Does 1-10. (Doc. 4) at 3-4 (Amended Complaint). On June 10, 2022, Plaintiff filed a Rule 41(a)(1) Notice of Dismissal of Defendant Vitalina LLC d/b/a True Keto. (Doc. 12). On June 13, 2022, Plaintiff filed a Rule 41(a)(1) Notice of Dismissal as to Defendants Jane Does 1-10. (Doc. 15). Also on June 13, 2022, Plaintiff filed a Rule 41(a)(1) Stipulation of Dismissal, stating that Plaintiff and "Defendant Ship Smart LLC (an Ohio Company) d/b/a Jetpack ('Jetpack')" stipulate to the dismissal of Plaintiffs claims against Jetpack. (Docs. 14 and 16). The Stipulations of Dismissal as to Jetpack are approved by counsel for Defendant Jetpack. *Id.*

IT IS HEREBY ORDERED that Plaintiff shall notify the Court in writing no later than **June 21, 2022** whether Plaintiff has any claims remaining or if this case should now be closed.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE